UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARISA MASSE,**<br><br>                    Plaintiff,<br>     -vs-<br><br>**STELLAR RECOVERY, INC.,**<br><br>                    Defendant. | *Civil Action No. 1:12-cv-00187-RJA* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carise Masse hereby voluntarily dismisses the present action against Defendant Robert Stellar Recovery, Inc., with prejudice.

Date: June 8, 2012

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham & Borgese, LLP
*Attorneys for the Plaintiff*
482 Delaware Ave.
Buffalo, New York 14202
frank@gbdebthelp.com
716.200.1520